# Court of Appeals
# of the State of Georgia

ATLANTA,  June 30, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1677. MARY BARBER v. THE STATE.

The Appellant in the above-styled case has filed a Motion To Withdraw Appeal.  Pursuant to Court Rule 41(g)(2), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/30/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*